THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMILE HENDRICKA SCOTT, Appellant.

Argued April 21, 1954; decided May 27, 1954.

*Abraham J. Gellinoff, J. George Silberstein, Joseph Pinckney* and *Calvin C. Cobb* for appellant.

*Frank S. Hogan*, District Attorney (*Richard G. Denzer* and *Warren S. Tenney* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.